# EXHIBIT E



**Ford Motor Credit Company LLC**

One American Road
P.O. Box 6044
Dearborn, Michigan 48121-6044
Legal Office

December 16, 2008

Broadway Motors, LLC
419 East Lee Street
Broadway, VA 22815

We hereby demand payment to Ford Motor Credit Company (Ford Credit) forthwith upon receipt hereof, the sum of $242,468.65 computed as follows:

| | |
|---|---|
| Sold out of Trust (New and Used Inventory) (attached) | $62,546.20 |
| Loss on sale of vehicles | $152,116.90 |
| Interest and charges for vehicle floor-planning | $27,805.55 |
| Total amount for which demand hereby is made | $242,468.65 |

This demand for payment is made without prejudice to any other amounts now or hereafter owing by you to Ford Credit including but not limited to, interest and other charges accruing after the dates set forth above, payments due or to become due on any capital loan or other financing extended by us to you and not specifically covered above and any reimbursement for returned checks or other media of payment for which credit has heretofore been given.

Additionally, all dealership equipment, fixtures, and furniture are secured through a Security Agreement from Broadway Motors, LLC dated July 18, 2008 and included in Ford Credit's Uniform Commercial Code filing with the Commonwealth of Virginia dated July 26, 2008. This collateral may not be removed from the premises of Broadway Motors, LLC until payment in full is made of all obligations to Ford Credit. Any equipment, fixtures, and furniture that have already been removed should be returned immediately.

You are hereby notified that if you fail to make payment as herein demanded, Ford Credit may exercise any other remedy that it may have pursuant to law and contract.

We would appreciate your prompt attention to this matter.

FORD MOTOR CREDIT COMPANY

*By T.J. McCarty, Center Operations Manager, Greenville Business Center*

J. Scott Barnes
Territory Sales Manager

Enclosures

DOC 331-12, FC-PR 1/02/2007



**Ford Motor Credit Company LLC**

One American Road
P.O. Box 6044
Dearborn, Michigan 48121-6044
Legal Office

December 16, 2008

Mr. Peter Logsdon
314 Skyhill Road
Alexandria, VA 22314

Subject:   BROADWAY MOTORS, LLC
           419 East Lee Street
           Broadway, VA 22815

This is to advise that Ford Motor Credit Company (Ford Credit) has demanded payment of $242,468.65 from the above named dealer in accordance with the attached letter of demand.

As a guarantor of all obligations owing by the above named dealer to Ford Credit, pursuant to a Continuing Guaranty agreement executed by you, demand hereby is made upon you for payment of the said $242,468.65.

This demand for payment is made without prejudice to any other amounts now or hereafter owing by the above named dealer or by you to Ford Credit.

We expect that you will honor your guaranty obligation to Ford Credit. In that regard, we look forward to your prompt and affirmative response to this demand for payment.

Please be advised that if you fail to honor your guaranty obligation, Ford Credit intends to exercise its remedies pursuant to law and contracts.

FORD MOTOR CREDIT COMPANY

By T.J. McCarty, Center Operations Manager, Greenville Business Center

J. Scott Barnes
Territory Sales Manager

Enclosures

DOC 331-13 FC-PR 1/31/2007



**Ford Motor Credit Company LLC**

One American Road
P.O. Box 6044
Dearborn, Michigan 48121-6044
Legal Office

December 16, 2008

Mr. Justin Logsdon
P.O. Box 20696
Alexandria, VA 22320

Subject:   Broadway Motors, LLC
419 East Lee Street
Broadway, VA  22815

This is to advise that Ford Motor Credit Company (Ford Credit) has demanded payment of $242,468.65 from the above named dealer in accordance with the attached letter of demand.

As a guarantor of all obligations owing by the above named dealer to Ford Credit, pursuant to a Continuing Guaranty agreement executed by you, demand hereby is made upon you for payment of the said $242,468.65.

This demand for payment is made without prejudice to any other amounts now or hereafter owing by the above named dealer or by you to Ford Credit.

We expect that you will honor your guaranty obligation to Ford Credit.  In that regard, we look forward to your prompt and affirmative response to this demand for payment.

Please be advised that if you fail to honor your guaranty obligation, Ford Credit intends to exercise its remedies pursuant to law and contracts.


FORD MOTOR CREDIT COMPANY

By T.J. McCarty, Center Operations Manager, Greenville Business Center

J. Scott Barnes
Territory Sales Manager

Enclosures

DOC 331-13 FC-PR 1/31/2007



**Ford Motor Credit Company LLC**

One American Road
P.O. Box 6044
Dearborn, Michigan 48121-6044
Legal Office

December 16, 2008

The Justin L. Logsdon Revocable Trust
P. O. Box 20964
Alexandria, VA 22320-1694

Subject:    Broadway Motors, LLC
            419 East Lee Street
            Broadway, VA 22815

This is to advise that Ford Motor Credit Company (Ford Credit) has demanded payment of $242,468.65 from the above named dealer in accordance with the attached letter of demand.

As a guarantor of all obligations owing by the above named dealer to Ford Credit, pursuant to a Continuing Guaranty agreement executed by you, demand hereby is made upon you for payment of the said $242,468.65.

This demand for payment is made without prejudice to any other amounts now or hereafter owing by the above named dealer or by you to Ford Credit.

We expect that you will honor your guaranty obligation to Ford Credit.  In that regard, we look forward to your prompt and affirmative response to this demand for payment.

Please be advised that if you fail to honor your guaranty obligation, Ford Credit intends to exercise its remedies pursuant to law and contracts.

FORD MOTOR CREDIT COMPANY

By T.J. McCarty, Center Operations Manager, Greenville Business Center

J. Scott Barnes
Territory Sales Manager

Enclosures

DOC 331-13 FC-PR 1/31/2007

**Broadway Motors, LLC**
**BRAA0H**

### Sold out of Trust (New and Used Inventory)

| VIN | Year | Make | Model | Balance | Line | Proceeds | Net Loss |
|---|---|---|---|---|---|---|---|
| 3FAHP02187R208552 | 2007 | FORD | FUSION | $24,283.45 | NEW | $21,302.00 | $2,981.45 |
| 1FMEU74EX6UA44354 | 2008 | FORD | EXPLORER | $32,999.95 | DEMO | $7,247.20 | $25,752.75 |
| 1FMPU16L34LB12317 | 2004 | FORD | EXPEDITION | $19,190.00 | PGM | $8,550.00 | $10,640.00 |
| 19UUA86294A015050 | 2004 | ACURA | TL | $18,600.00 | USED | $14,879.00 | $3,721.00 |
| 1FAFP24186G160444 | 2006 | FORD | FIVE HUNDRED | $13,625.00 | USED | $10,400.00 | $3,225.00 |
| 1FTRW08W81KE08959 | 2001 | FORD | F-150 | $11,100.00 | USED | $6,100.00 | $5,000.00 |
| 2MHFM75W16X541867 | 2006 | MERCURY | GRAND MARQUIS | $13,150.00 | USED | $9,600.00 | $3,550.00 |
| 6GZCZ634146833917 | 2004 | SATURN | VUE | $11,481.00 | USED | $8,100.00 | $3,381.00 |
| WDBJF62H8XX022364 | 1999 | MERCEDES | E320 | $8,000.00 | USED | $6,665.00 | $1,335.00 |
| WDBLJ65G61F184568 | 2001 | MERCEDES | CLK320 | $11,560.00 | USED | $8,600.00 | $2,960.00 |
| | | | **Total Sold out of Trust:** | | | | **$62,546.20** |

### Loss on sale of vehicles

| VIN | Year | Make | Model | Balance | Line | Proceeds | Net Loss |
|---|---|---|---|---|---|---|---|
| 1FAHP24W78G116376 | 2008 | FORD | TAURUS | $24,416.30 | NEW | $19,461.10 | $4,964.20 |
| 1FMDK06W58GA07595 | 2008 | FORD | TAURUS X | $36,176.05 | NEW | $28,820.59 | $7,355.46 |
| 1FMEU51808UA08756 | 2008 | FORD | EXPLORER SPORT | $29,922.05 | NEW | $23,838.18 | $6,083.87 |
| 1FMEU75848UA08796 | 2008 | FORD | EXPLORER | $39,454.05 | NEW | $31,432.09 | $8,021.96 |
| 1FTRF12W07NA88137 | 2007 | FORD | F-150 | $21,598.30 | NEW | $10,782.50 | $10,815.80 |
| 1FTZR45E58PA08400 | 2008 | FORD | RANGER | $23,671.05 | NEW | $18,858.16 | $4,812.89 |
| 1ZVHT80N285113206 | 2008 | FORD | MUSTANG | $20,265.02 | NEW | $16,144.66 | $4,120.36 |
| 1ZVHT82H285135357 | 2008 | FORD | MUSTANG | $27,810.02 | NEW | $22,155.58 | $5,654.44 |
| 1ZVHT82H485123193 | 2008 | FORD | MUSTANG | $27,802.02 | NEW | $22,149.20 | $5,652.82 |
| 1ZVHT82H685133614 | 2008 | FORD | MUSTANG | $27,305.02 | NEW | $21,753.25 | $5,551.77 |
| 3FAHP02146R109082 | 2008 | FORD | FUSION | $26,747.05 | NEW | $21,308.73 | $5,438.32 |
| 3FAHP06Z88R109117 | 2008 | FORD | FUSION | $17,684.05 | NEW | $14,066.46 | $3,599.59 |
| 1FAHP26WX8G116365 | 2008 | FORD | TAURUS | $31,814.30 | DEMO | $18,267.50 | $13,546.80 |
| 1FMEU73E17UB25324 | 2007 | FORD | EXPLORER | $16,858.00 | DEMO | $13,257.50 | $3,600.50 |
| 1ZVFT84NX75293843 | 2007 | FORD | MUSTANG | $13,213.00 | DEMO | $9,502.50 | $3,710.50 |
| 2FAHP74V47X128417 | 2007 | FORD | CROWN VICTORIA | $14,513.98 | DEMO | $9,727.60 | $4,786.38 |
| 1FAFP34N07W270985 | 2007 | FORD | FOCUS | $11,335.00 | PGM | $6,822.50 | $4,512.50 |
| 1FAFP34N77W289364 | 2007 | FORD | FOCUS | $11,230.00 | PGM | $7,202.50 | $4,027.50 |
| 1FMYU93156KC13194 | 2006 | FORD | ESCAPE | $11,700.00 | USED | $6,422.50 | $5,277.50 |
| 1FTSX31R68EB54942 | 2008 | FORD | F-350 | $34,946.89 | USED | $23,322.50 | $11,624.39 |
| 1G1AL55F477243245 | 2007 | CHEVROLET | COBALT | $11,335.00 | USED | $6,802.50 | $4,532.50 |
| 1G1ZT58F37F146039 | 2007 | CHEVROLET | MALIBU | $11,900.00 | USED | $6,702.50 | $5,197.50 |
| 1GNFK16Z2K2R291768 | 2002 | CHEVROLET | SUBURBAN | $9,600.00 | USED | $6,602.50 | $2,997.50 |
| 1N4AL11E35C338791 | 2005 | NISSAN | ALTIMA | $11,500.00 | USED | $8,402.50 | $3,097.50 |
| JTEHF21A820083503 | 2002 | TOYOTA | HIGHLANDER | $13,200.00 | USED | $7,572.50 | $5,627.50 |
| SALNY12253A274644 | 2003 | LAND ROVER | FREELANDER | $6,810.00 | USED | $5,007.50 | $1,802.50 |
| SALTY12441A292302 | 2001 | LAND ROVER | DISCOVERY | $8,800.00 | USED | $3,091.65 | $5,708.35 |
| | | | **Total loss on sale of vehicles:** | | | | **$152,116.90** |

| | | | **Total SOT and loss on sale of vehicles:** | | | | **$214,663.10** |



## Ford Motor Credit Company LLC

Date: 04/01/2009

To:  Broadway Motors, LLC
Peter Logsdon
Justin Logsdon
The Justin L. Logsdon Revocable Trust

Ford Motor Credit Company LLC ("Ford Credit") demands payment from you in the amount of $225,356.89 for obligations you incurred pursuant to financing provided by Ford Credit for the above dealership. For an explanation of this amount, please refer to the attached Statement of Account.

This demand is made without prejudice to any other amounts you owe now or may owe in the future to Ford Credit. We reserve the right to pursue all recoverable interest, late charges, and collection expenses, including attorneys' fees. Nothing in this letter shall be deemed a waiver of any rights, remedies, or recourse available to Ford Credit, or an election of remedies.

Please contact me immediately to make arrangements for payment of this amount. If you fail to do so, we will have to take further action to protect our interests.

B. S. Hartz
Dealer Administration
313-206-4649

Date Revised: 3/19/2009



## Ford Motor Credit Company LLC

One American Road
P.O. Box 6044
Dearborn, Michigan 48121-6044
Legal Office

August 29, 2008

BROADWAY MOTORS, LLC
419 East Lee Street
Broadway, VA 22815

Mr. Peter Logsdon, President;

You are in default of the terms of the Automotive Wholesale Plan Application for Wholesale Financing and Security Agreement of July 18, 2006 with Broadway Motors, LLC ("Wholesale Agreement") by your failure to pay for vehicles you have sold that had been held in trust for Ford Motor Credit Company.

As of the date of this letter, the amount of the current known default is:

|  |  |
|---|---|
| Vehicles you have sold but have not paid: | $ 118,550.95 |
| Past due wholesale charges: | $ 7,140.52 |
| Total Amount Due: | $ 125,691.47 |

This demand is made without prejudice to any other amounts now or hereafter owing by you. If a default in the terms of the Wholesale Agreement constitutes a default in the terms of any other loan or financing agreement you have with Ford Motor Credit Company, please consider this letter a demand for payment for such other loan balance.

Until further notice from Ford Motor Credit Company, the Wholesale Agreement is now limited to the financing of vehicles for which you have a firm customer's order, provided such order is submitted to us for prior approval. Payment for all vehicles sold must be made by certified funds.

Please immediately pay the total amount due to Ford Motor Credit Company. If you fail to do so, we will have to take further action to protect our interests.

In addition, this letter is notice to you that the interest rate on the outstanding balance and any advances made, in each case pursuant to the Wholesale Agreement, will be increased by three (3) percentage points, effective fifteen (15) days from the date of this letter (the "Effective Date") if the Total Amount Due is not paid in full before the Effective Date.

FORD MOTOR CREDIT COMPANY

J. S. Barnes by T. J. McCarty, Greenville Business Center

J. S. Barnes
Territory Sales Manager

DOC 331-45 FC-PR 6/9/2008



Ford Motor Credit Company

One American Road
P.O Box 6044
Dearborn, Michigan 48121-6044
Legal Office

August 29, 2008

Mr. Peter Logsdon
314 Skyhill Road
Alexandria, VA 22314

Subject:    BROADWAY MOTORS, LLC
            419 East Lee Street
            Broadway, VA 22815

This is to advise you that Ford Motor Credit Company (Ford Credit) has demanded payment of $125,691.47 from the above named dealer in accordance with the attached letter.

As guarantor of all obligations owing by the above named dealer to Ford Credit, demand is hereby made upon you for payment of the said $125,691.47.

This demand for payment is made without prejudice to any other amounts now or hereafter owing by the above named dealer or by you to Ford Credit.

We would appreciate prompt settlement of this account.

FORD MOTOR CREDIT COMPANY

J. S. Barnes by T. J. McCarty, Greenville Business Center

J. S. Barnes
Territory Sales Manager

DOC 331-7 FC-PR 1/31/2007



**Ford Motor Credit Company**

One American Road
P.O. Box 6044
Dearborn, Michigan 48121-6044
Legal Office

August 29, 2008

The Justin L. Logsdon Revocable Trust
P. O. Box 20964
Alexandria, VA 22320-1694

Subject:  Broadway Motors, LLC
419 East Lee Street
Broadway, VA  22815

This is to advise you that Ford Motor Credit Company (Ford Credit) has demanded payment of $125,691.47 from the above named dealer in accordance with the attached letter.

As guarantor of all obligations owing by the above named dealer to Ford Credit, demand is hereby made upon you for payment of the said $125,691.47.

This demand for payment is made without prejudice to any other amounts now or hereafter owing by the above named dealer or by you to Ford Credit.

We would appreciate prompt settlement of this account.

FORD MOTOR CREDIT COMPANY

J. S. Barnes by T. J. McCarty, Greenville Business Center

J. S. Barnes
Territory Sales Manager

DOC 331-7 FC-PR 1/31/2007



Ford Motor Credit Company

One American Road
P.O. Box 6044
Dearborn, Michigan 48121-6044
Legal Office

August 29, 2008

Mr. Justin Logsdon
P.O. Box 20696
Alexandria, VA 22320

Subject:   Broadway Motors, LLC
           419 East Lee Street
           Broadway, VA  22815

This is to advise you that Ford Motor Credit Company (Ford Credit) has demanded payment of $125,691.47 from the above named dealer in accordance with the attached letter.

As guarantor of all obligations owing by the above named dealer to Ford Credit, demand is hereby made upon you for payment of the said $125,691.47.

This demand for payment is made without prejudice to any other amounts now or hereafter owing by the above named dealer or by you to Ford Credit.

We would appreciate prompt settlement of this account.

FORD MOTOR CREDIT COMPANY

J. S. Barnes by T. J. McCarty, Greenville Business Center

J. S. Barnes
Territory Sales Manager

DOC 331-7 FC-PR 1/31/2007

## Summary of Charges Due ١٠٠٠٠ Broadway Motors, LLC

| Units Sold at Auction | | | | Floorplan |
|---|---|---|---|---|
| 1FMPU16L34LB12317 | FORD | EXPEDITION | 2004 | $19,190.00 |
| WDBJF82H8XX022364 | MERCEDES | E320 | 1999 | $8,000.00 |
| 2MHFM75W16X641867 | MERCURY | GRAND MARQUIS | 2006 | $13,150.00 |
| 5GZCZ63414S833917 | SATURN | VUE | 2004 | $11,481.00 |
| 1FTRW08W81KE08959 | FORD | F-150 | 2001 | $11,100.00 |
| 1FAFP24186G160444 | FORD | FIVE HUNDRED | 2006 | $13,625.00 |
| | | | | $76,546.00 |

| Ford Credit Contract-Yancey | | | | |
|---|---|---|---|---|
| 1FMEU74EX8UA44354 | Ford | Explorer Sport | 2008 | $32,999.95 |

| Other - Vehicle and Title Not Available for Inspection | | | | |
|---|---|---|---|---|
| 1FTWX33F91EA24390 | FORD | F-350 | 2001 | $9,005.00 |

| | | |
|---|---|---|
| | Total SOT | $118,550.95 |
| | Wholesale Charges | $7,140.52 |
| | Total Due | $125,691.47 |



Ford Motor Credit Company

Greenville Business Center
1100 Brookfield Blvd.
Greenville, SC 29607

August 1, 2008

Mr. JT Kaaihue
Ford Lincoln-Mercury Sales Operations
Washington Region

RE:   BROADWAY MOTORS, LLC.  (P&A Code 08722)
      419 East Lee Street
      Broadway, VA 22815

Dear Mr. Kaaihu:

Confirming today's conversation with you, the blanket wholesale financing commitment for the above dealer has been withdrawn.

Please notify all assembly plants serving this dealer to cease production of any further units under the Ford Motor Credit Company wholesale plan, except as may be specifically identified by advance written approval.

If we do not provide you advance written approval for any unit produced subsequent to 24 hours after your receipt of this letter, Ford Motor Credit Company accepts no responsibility for the unit unless the unit was in "Production Status" up to and for 24 hours following receipt of this letter.

Please provide us with the appropriate Vehicle Order Status Report appropriately annotated as required by your procedure.

We share with you the hope that improved conditions will permit early reinstatement of regular wholesale drafting instructions for this dealer.

Sincerely,

J. S. Barnes
Territory Sales Manager



LINCOLN    MERCURY

Patrick Dorrington                                    Ford Motor Company
Market Representation Manager                         Mid-Atlantic Market
Ford, Lincoln, and Mercury Sales Operations          14104 Newbrook Drive
                                                     Chantilly, VA 20151

August 1, 2008

VIA    – DHL

Mr. Thomas McCarty
Ford Motor Credit Company
1100 Brookfield Blvd
Greenville, SC 29607

Subject:    Your notice of Temporary Withdrawal of your Line of Wholesale Credit for Broadway
            Motors, LLC, Broadway, VA

Dear Tom:

We received your notice of temporary withdrawal of the Line of Wholesale Credit for Broadway Motors,
on August 1, 2008. We have placed a "vehicle order hold" on the dealership and no further vehicles will
be submitted for production without your prior approval.

Attached is a listing of vehicles that are in the system or recently shipped to Broadway Motors. This
vehicle cannot be cancelled for the dealership and you will still be drafted upon.

If you have any questions, please call me at 703-818-7525.

Sincerely,

Patrick Dorrington
Market Representation Manager

Enclosures/Attachments

cc:  Broadway Motors, LLC
     Mr. Peter Logsdon

| Reg Dealer | Model Year | Vehicle Line | Item | Body | 17 Digit VIN | Order Type | Prep Status | UNIT COUNT |
|---|---|---|---|---|---|---|---|---|
| 27456 | 2009 | MUST | 907 | T82 | 1ZVHT82H495130128 | 2 | Scheduled | 1 |
| 27456 | 2009 | MUST | 908 | T82 | 1ZVHT82H695130129 | 2 | Scheduled | 1 |
| 27456 | 2009 | FLEX | 906 | K62 | 2FMEK62C49BA21385 | 2 | Bucked | 1 |
| 27456 | 2009 | RNGR | 908 | R15 | 1FTYR15EX9PA02989 | 5B | Scheduled | 1 |



**Phillips Lytle LLP**

Justin L. Logsdon                                                    July 7, 2010
506 Cameron St., Apt. 110
Alexandria, VA  22314

Re:   Continuing Guaranty of Broadway Motors, LLC

Dear Mr. Logsdon,

Please be advised that our law firm has been retained to represent the interests of Ford
Motor Credit Company LLC ("Ford Credit") in connection with your obligations with
respect to indebtedness owed to Ford Credit by Broadway Motors, LLC (the
"Dealership").



Demand is hereby made upon you to meet your obligations under the Continuing
Guaranty dated March 20, 2008 (the "Continuing Guaranty"), under which you
guaranteed payment of the Dealership's indebtedness to Ford Credit.  A demand letter
was previously sent to you on April 1, 2009, demanding that you satisfy these
obligations.  It appears that no resolution was achieved.



On behalf of Ford Credit, we now repeat the demand that you pay all sums due, owing,
and unpaid under the Dealership's Automotive Wholesale Plan Application for
Wholesale Financing and Security Agreement dated July 18, 2006.  The total amount
owed, as of September 23, 2009, was $203,758.45.  Please be advised that interest has
accrued since that time and will continue to do so until you satisfy your obligations
under the Continuing Guaranty.

This demand is made without prejudice to any other amounts you owe now or may
owe in the future to Ford Credit.  Ford Credit reserves its right to pursue all recoverable
interest, late charges, and collection expenses, including attorneys' fees.  Nothing in this
letter shall be deemed a waiver of any rights, remedies, or recourses available to Ford
Credit, or an election of remedies.

**Joanna Dickinson**
Direct 716 847 5498  jdickinson@phillipslytle.com

ATTORNEYS AT LAW

3400 HSBC CENTER  BUFFALO, NY 14203-2887  PHONE 716 847 8400  FAX 716 852 6100
BUFFALO  ALBANY  CHAUTAUQUA  GARDEN CITY  NEW YORK  ROCHESTER  WWW.PHILLIPSLYTLE.COM



Justin Logsdon                                                      July 7, 2010
Page 2


Please advise us of your intention with respect to this obligation within two (2) weeks of this letter. Ford Credit meanwhile reserves its right to pursue all remedies provided to it under the Continuing Guaranties and applicable law.

Very truly yours,

Phillips Lytle LLP



By

Joanna Dickinson

J-D2ram
Doc # 01-2380478.1



**Phillips Lytle LLP**

Peter Logsdon                                                                  July 7, 2010
314 Skyhill Road
Alexandria, VA  22314

Re:    Continuing Guaranty of Broadway Motors, LLC

Dear Mr. Logsdon:

Please be advised that our law firm has been retained to represent the interests of Ford
Motor Credit Company LLC ("Ford Credit") in connection with your obligations with
respect to indebtedness owed to Ford Credit by Broadway Motors, LLC (the
"Dealership").



Demand is hereby made upon you to meet your obligations under the Continuing
Guaranty dated July 18, 2006 (the "Continuing Guaranty"), under which you
guaranteed payment of the Dealership's indebtedness to Ford Credit.  A demand letter
was previously sent to you on April 1, 2009, demanding that you satisfy these
obligations.  It appears that no resolution was achieved.

On behalf of Ford Credit, we now repeat the demand that you pay all sums due, owing,
and unpaid under the Dealership's Automotive Wholesale Plan Application for
Wholesale Financing and Security Agreement dated July 18, 2006.  The total amount
owed, as of September 23, 2009, was $203,758.45.  Please be advised that interest has
accrued since that time and will continue to do so until you satisfy your obligations
under the Continuing Guaranty.

This demand is made without prejudice to any other amounts you owe now or may
owe in the future to Ford Credit.  Ford Credit reserves its right to pursue all recoverable
interest, late charges, and collection expenses, including attorneys' fees.  Nothing in this
letter shall be deemed a waiver of any rights, remedies, or recourses available to Ford
Credit, or an election of remedies.

Joanna Dickinson
Direct 716 847 5498  jdickinson@phillipslytle.com

ATTORNEYS AT LAW

3400 HSBC CENTER  BUFFALO, NY 14203-2887  PHONE 716 847 8400  FAX 716 852 6100
BUFFALO ALBANY CHAUTAUQUA GARDEN CITY NEW YORK ROCHESTER  WWW.PHILLIPSLYTLE.COM



Peter Logsdon                                                    July 7, 2010
Page 2


Please advise us of your intention with respect to this obligation within two (2) weeks of
this letter.  Ford Credit meanwhile reserves its right to pursue all remedies provided to
it under the Continuing Guaranties and applicable law.

Very truly yours,

Phillips Lytle LLP


By

Joanna Dickinson

J-D2ram
Doc # 01-2380471.1



# Phillips Lytle LLP

The Justin L. Logsdon Revocable Trust                                     July 7, 2010
506 Cameron St., Apt. 110
Alexandria, VA 22314


Re:    Continuing Guaranty of Broadway Motors, LLC


To The Justin L. Logsdon Revocable Trust:

Please be advised that our law firm has been retained to represent the interests of Ford
Motor Credit Company LLC ("Ford Credit") in connection with your obligations with
respect to indebtedness owed to Ford Credit by Broadway Motors, LLC (the
"Dealership").

Demand is hereby made upon you to meet your obligations under the Continuing
Guaranty dated July 18, 2006 (the "Continuing Guaranty"), under which you
guaranteed payment of the Dealership's indebtedness to Ford Credit.  A demand letter
was previously sent to you on April 1, 2009, demanding that you satisfy these
obligations.  It appears that no resolution was achieved.

On behalf of Ford Credit, we now repeat the demand that you pay all sums due, owing,
and unpaid under the Dealership's Automotive Wholesale Plan Application for
Wholesale Financing and Security Agreement dated July 18, 2006.  The total amount
owed, as of September 23, 2009, was $203,758.45.  Please be advised that interest has
accrued since that time and will continue to do so until you satisfy your obligations
under the Continuing Guaranty.

This demand is made without prejudice to any other amounts you owe now or may
owe in the future to Ford Credit.  Ford Credit reserves its right to pursue all recoverable
interest, late charges, and collection expenses, including attorneys' fees.  Nothing in this
letter shall be deemed a waiver of any rights, remedies, or recourses available to Ford
Credit, or an election of remedies.



Joanna Dickinson
Direct 716 847 5498  jdickinson@phillipslytle.com

ATTORNEYS AT LAW

3400 HSBC CENTER  BUFFALO, NY 14203-2887  PHONE 716 847 8400  FAX 716 852 6100
BUFFALO ALBANY CHAUTAUQUA GARDEN CITY NEW YORK ROCHESTER  WWW.PHILLIPSLYTLE.COM



The Justin L. Logsdon Revocable Trust                              July 7, 2010
Page 2


Please advise us of your intention with respect to this obligation within two (2) weeks of this letter. Ford Credit meanwhile reserves its right to pursue all remedies provided to it under the Continuing Guaranties and applicable law.

Very truly yours,

Phillips Lytle LLP


By

Joanna Dickinson

J-D2ram
Doc # 01-2380475.1



**Phillips Lytle LLP**

August 13, 2013

Justin L. Logsdon
506 Cameron St., Apt. 110
Alexandria, VA 22314

Re:   Continuing Guaranty of Broadway Motors, LLC

Dear Mr. Logsdon,

As we have previously advised you, our law firm has been retained to represent the interests of Ford Motor Credit Company LLC ("Ford Credit") in connection with your obligations with respect to indebtedness owed to Ford Credit by Broadway Motors, LLC (the "Dealership").

Ford Credit has demanded that you meet your obligations under the Continuing Guaranty dated March 20, 2008 (the "Continuing Guaranty"), under which you guaranteed payment of the Dealership's indebtedness to Ford Credit. Demand letters were previously sent to you on April 1, 2009 and July 7, 2010, demanding that you satisfy these obligations. You have not done so.

On behalf of Ford Credit, we now repeat the demand that you pay all sums due, owing, and unpaid under the Dealership's Automotive Wholesale Plan Application for Wholesale Financing and Security Agreement dated July 18, 2006. The total amount owed, as of September 23, 2009, was $203,758.45. Please be advised that interest has accrued since that time and will continue to do so until you satisfy your obligations under your Continuing Guaranty.

This demand is made without prejudice to any other amounts you owe now or may owe in the future to Ford Credit. Ford Credit reserves its right to pursue all recoverable interest, late charges, and collection expenses, including attorneys' fees. Nothing in this letter shall be deemed a waiver of any rights, remedies, or recourses available to Ford Credit, or an election of remedies.

ATTORNEYS AT LAW

3400 HSBC CENTER  BUFFALO, NY 14203-2887  PHONE 716 847 8400  FAX 716 852 6100
BUFFALO  ALBANY  CHAUTAUQUA  GARDEN CITY  NEW YORK  ROCHESTER  WWW.PHILLIPSLYTLE.COM



Justin Logsdon                                                    August 13, 2013
Page 2


Please advise us of your intention with respect to this obligation within two (2) weeks of this letter. Ford Credit meanwhile reserves its right to pursue all remedies provided to it under the Continuing Guaranties and applicable law.


Very truly yours,

Phillips Lytle LLP


By

Craig A. Leslie

CALram
Doc #01-2690889.1



**Phillips Lytle LLP**

August 13, 2013

Peter Logsdon
314 Skyhill Road
Alexandria, VA 22314

Re:   Continuing Guaranty of Broadway Motors, LLC

Dear Mr. Logsdon:

As we have previously advised you, our law firm has been retained to represent the interests of Ford Motor Credit Company LLC ("Ford Credit") in connection with your obligations with respect to indebtedness owed to Ford Credit by Broadway Motors, LLC (the "Dealership").

Ford Credit has demanded that you meet your obligations under the Continuing Guaranty dated March 20, 2008 (the "Continuing Guaranty"), under which you guaranteed payment of the Dealership's indebtedness to Ford Credit. Demand letters were previously sent to you on April 1, 2009 and July 7, 2010, demanding that you satisfy these obligations. You have not done so.

On behalf of Ford Credit, we now repeat the demand that you pay all sums due, owing, and unpaid under the Dealership's Automotive Wholesale Plan Application for Wholesale Financing and Security Agreement dated July 18, 2006. The total amount owed, as of September 23, 2009, was $203,758.45. Please be advised that interest has accrued since that time and will continue to do so until you satisfy your obligations under your Continuing Guaranty.

This demand is made without prejudice to any other amounts you owe now or may owe in the future to Ford Credit. Ford Credit reserves its right to pursue all recoverable interest, late charges, and collection expenses, including attorneys' fees. Nothing in this letter shall be deemed a waiver of any rights, remedies, or recourses available to Ford Credit, or an election of remedies.

ATTORNEYS AT LAW

3400 HSBC CENTER  BUFFALO, NY 14203-2887  PHONE 716 847 8400  FAX 716 852 6100
BUFFALO ALBANY CHAUTAUQUA GARDEN CITY NEW YORK ROCHESTER  WWW.PHILLIPSLYTLE.COM

Peter Logsdon
Page 2

August 13, 2013

Please advise us of your intention with respect to this obligation within two (2) weeks of this letter. Ford Credit meanwhile reserves its right to pursue all remedies provided to it under the Continuing Guaranties and applicable law.

Very truly yours,

Phillips Lytle LLP

By

Craig A. Leslie

CALram
Doc #01-2690899.1



# Phillips Lytle LLP

The Justin L. Logsdon Revocable Trust
506 Cameron St., Apt. 110
Alexandria, VA 22314

August 13, 2013

Re:    Continuing Guaranty of Broadway Motors, LLC

To The Justin L. Logsdon Revocable Trust:

As we have previously advised you, our law firm has been retained to represent the
interests of Ford Motor Credit Company LLC ("Ford Credit") in connection with your
obligations with respect to indebtedness owed to Ford Credit by Broadway Motors,
LLC (the "Dealership").

Ford Credit has demanded that you meet your obligations under the Continuing
Guaranty dated March 20, 2008 (the "Continuing Guaranty"), under which you
guaranteed payment of the Dealership's indebtedness to Ford Credit.  Demand letters
were previously sent to you on April 1, 2009 and July 7, 2010, demanding that you
satisfy these obligations.  You have not done so.

On behalf of Ford Credit, we now repeat the demand that you pay all sums due, owing,
and unpaid under the Dealership's Automotive Wholesale Plan Application for
Wholesale Financing and Security Agreement dated July 18, 2006.  The total amount
owed, as of September 23, 2009, was $203,758.45.  Please be advised that interest has
accrued since that time and will continue to do so until you satisfy your obligations
under your Continuing Guaranty.

This demand is made without prejudice to any other amounts you owe now or may
owe in the future to Ford Credit.  Ford Credit reserves its right to pursue all recoverable
interest, late charges, and collection expenses, including attorneys' fees.  Nothing in this
letter shall be deemed a waiver of any rights, remedies, or recourses available to Ford
Credit, or an election of remedies.





ATTORNEYS AT LAW

3400 HSBC CENTER   BUFFALO, NY 14203-2887   PHONE 716 847 8400   FAX 716 852 6100
BUFFALO ALBANY CHAUTAUQUA GARDEN CITY NEW YORK ROCHESTER WWW.PHILLIPSLYTLE.COM



The Justin L. Logsdon Revocable Trust                    August 13, 2013
Page 2


Please advise us of your intention with respect to this obligation within two (2) weeks of this letter.  Ford Credit meanwhile reserves its right to pursue all remedies provided to it under the Continuing Guaranties and applicable law.


Very truly yours,

Phillips Lytle LLP



By

Craig A. Leslie

CALram
Doc #01-2690913.1